UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-80880-ROSENBERG/REINHART

STRIKE 3 HOLDINGS, LLC,

   Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP
ADDRESS 73.124.35.109,

   Defendant.

_____/

**ORDER TO SHOW CAUSE**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires that service be made within 90 days after a complaint is filed. Plaintiff filed its Complaint [DE 1] on July 2, 2018. To date, there is no indication in the court file that Defendant has been served. It is therefore

**ORDERED AND ADJUDGED** that on or before **October 1, 2018**, Plaintiff shall either (i) serve Defendant with a summons and copy of the Complaint, and file proof of such service, or (ii) show good cause, in writing, why this action should not be dismissed for failure to make service within the time permitted by Rule 4(m). Failure to file proof of service or show good cause by **October 1, 2018**, will result in dismissal of this action without prejudice and without further notice.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 6th day of August, 2018.

Copies furnished to:  
Counsel of record

ROBIN L. ROSENBERG  
UNITED STATES DISTRICT JUDGE